AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| James Bennett | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:13-CV-426 |
| Unum Life Insurance Company of America | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment in favor of Defendant Unum Life Insurance Company of America and dismiss Plaintiff James Bennett's Complaint. The instant case is TERMINATED from the dockets of the United States District for the Southern District of Ohio, Western Division at Dayton.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Thomas M. Rose on a motion for Uphold the Administrative Decision.

Date:  3/31/15

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk